MOELLERING ET AL.; TOP DESIGN OF CINCINNATI, INC. ET AL., APPELLEES, *v.* CITY OF CINCINNATI ET AL.; SCHWEITZER CONSTRUCTION COMPANY, APPELLANT.

[Cite as Moellering *v.* Cincinnati (1988), 40 Ohio St. 3d 20.]

(No. 87-1883—Submitted October 19, 1988—Decided November 30, 1988.)

*Benesch, Friedlander, Coplan & Aronoff, Timothy L. Bouscaren* and *Ronald L. House,* for appellees.

*Bloom & Greene Co., L.P.A.,* and *Lawrence A. Flemer,* for appellant.

Because there was no final ap-pealable order before the court of ap-peals, the judgment of the court of ap-peals is reversed and the cause is remanded to the trial court. *In re Trust of Hall* (1987), 34 Ohio St. 3d 47, 517 N.E. 2d 536.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.